UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT,<br><br>                     Plaintiff,<br><br>      v.<br><br>EXXON MOBIL CORPORATION,<br><br>                     Defendant. | Case No. 3:20-cv-01555-JCH<br><br>November 13, 2020 |

### **DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)**

Defendant Exxon Mobil Corporation hereby moves to dismiss Plaintiff's complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.  Plaintiff's complaint should be dismissed for the reasons stated in the accompanying Memorandum of Law.

Dated: November 13, 2020

Respectfully Submitted,

**ORAL ARGUMENT REQUESTED**

EXXON MOBIL CORPORATION,

By its attorneys,

Patrick J. Conlon (*pro hac vice*, phv10908)
patrick.j.conlon@exxonmobil.com
22777 Springwoods Village Parkway Spring, TX 77389 Tel: (832) 624-6336

WIGGIN & DANA LLP

*/s/ Kevin M. Smith*
Kevin M. Smith
Tadhg Dooley
ksmith@wiggin.com
tdooley@wiggin.com
One Century Tower
265 Church Street
New Haven, CT 06510-7001
Tel: (203) 498-4400
Fax: (203) 782-2889

Robert M. Langer
rlanger@wiggin.com
20 Church Street
Hartford, CT 06103-1250
Tel: (860) 297-3700
Fax: (860) 297-3799

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Theodore V. Wells, Jr.
(*pro hac vice*, phv10835)
Daniel J. Toal
(*pro hac vice*, phv10907)
twells@paulweiss.com
dtoal@paulweiss.com 1285 Avenue of the Americas New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

Justin Anderson
(*pro hac vice*, phv10837)
janderson@paulweiss.com
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300 Fax: (202) 223-7420

2