# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT,<br><br>    Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br><br>    Defendant. | Case No. 3:20-CV-01555 (JCH)<br><br><br><br>April 5, 2021 |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff State of Connecticut ("State") hereby notifies the Court of supplemental authority in support of the State's Motion to Remand [Doc. No. 36]. On March 31, 2021, the U.S. District Court for the District of Minnesota issued an order granting plaintiff's motion to remand in *Minnesota v. Am. Petroleum Inst. et al.*, Civil No. 20-1636 (JRT/HB) (D. Minn. March 31, 2021). *See* Ex. A (attached hereto). The Court remanded to state court the plaintiff's claim that defendants' "widespread campaign to deceive the public about the dangers of fossil fuels and to undermine the scientific consensus linking fossil fuel emission to climate change" violated, *inter alia*, Minnesota's consumer protection statute. *Id.* at 2, 33 – 34.  In so doing, the court rejected every argument Defendant advances here: federal common law, the *Grable* doctrine, federal officer removal statute, the Outer Continental Shelf Lands Act, federal enclaves, and diversity jurisdiction.

Respectfully submitted,

PLAINTIFF STATE OF CONNECTICUT

WILLIAM M. TONG
ATTORNEY GENERAL

　　*/s/ Matthew I. Levine*

MATTHEW I. LEVINE (ct18898)
DANIEL M. SALTON (ct30670)
JONATHAN E. HARDING (ct29348)
Assistant Attorneys General
BENJAMIN W. CHENEY (ct29685)
Special Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5280
Fax: (860) 808-5386
matthew.levine@ct.gov
daniel.salton@ct.gov
jonathan.harding@ct.gov
benjamin.cheney@ct.gov