Civil- (Dec-2008)

HONORABLE: Janet C. Hall
DEPUTY CLERK: Diahann Lewis
RPTR/ECRO/TAPE: Terri Fidanza
TOTAL TIME: 1 hours 41 minutes
DATE: 5/21/2021   START TIME: 10:00   END TIME: 11:41
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:20cv1555

Connecticut
vs
Exxon Mobil Corporation

Levine, Cheney, Salton, Harding
Plaintiff's Counsel

Wells, Toal, Anderson, Smith, Langer, Dooley,
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #36 Motion to Remand - Decision Reserved   ☐ granted ☐ denied ☑ advisement
☐ ..... # ____ Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ____   ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ .......... ____   ☐ filed ☐ docketed
☐ .......... ____   ☐ filed ☐ docketed
☐ .......... ____   ☐ filed ☐ docketed
☐ .......... ____   ☐ filed ☐ docketed
☐ .......... ____   ☐ filed ☐ docketed
☐ .......... ____   ☐ filed ☐ docketed
☐ .......... Hearing continued until ____ at ____

Notes: