Case 3:20-cv-01555-JCH Document 81 Filed 10/05/21 Page 1 of 1
Case 21-1446, Document 57, 10/05/2021, 3187025, Page1 of 1

D. Conn.
20-cv-1555
Hall, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-one.

Present:
>    Debra Ann Livingston,
>        *Chief Judge,*
>    Dennis Jacobs,
>    Steven J. Menashi,
>        *Circuit Judges*.

State of Connecticut, by its Attorney General, William M. Tong,

> *Plaintiff-Appellee*,

v.                        21-1446

Exxon Mobil Corporation,

> *Defendant-Appellant*.

Appellant moves to stay the district court's remand order pending this appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED because Appellant has made a sufficient showing that it is entitled to a stay. *See Nken v. Holder*, 556 U.S. 418, 434–35 (2009); *U.S. Sec. & Exch. Comm'n v. Citigroup Glob. Mkts. Inc.*, 673 F.3d 158, 162 (2d Cir. 2012). Appellee is directed to file its brief in response to Appellant's brief within 30 days of the date of this order. Appellant is directed to file its reply brief no later than 10 days after Appellee's brief is filed.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/05/2021